An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
JENNIFER L. LUNT, BAR NO. 3057.

No. 69013

FILED

NOV 16 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

### ORDER DECLINING TO IMPOSE TEMPORARY SUSPENSION

This is a petition under SCR 111 concerning attorney Jennifer Lunt, based on a conviction for one count of driving under the influence, a misdemeanor.[1] Because the crime is not one of those specifically enumerated in SCR 111(6) as a "serious" crime, temporary suspension and referral to the disciplinary board are discretionary with this court. SCR 111(9).

The seriousness of drinking and driving cannot be minimized, however, first offense driving under the influence is not the type of offense for which professional discipline is typically imposed. 2 Geoffrey C. Hazard, Jr., W. William Hodes, & Peter R. Jarvis, *The Law of Lawyering*, § 69.04, at 69-13 (4th ed. 2015); *In the Matter of Respondent I*, 2 Cal. State Bar Ct. Rptr. 260, 266 n.6, 272 (Rev. Dept. 1993). Accordingly, having

---

[1]The conviction was entered in 2008, and it is unclear from the documents provided by the State Bar whether Lunt self-reported the conviction within 30 days as required by SCR 111(2).

15-34847

considered the petition and supporting documentation, we conclude that Lunt's offense does not warrant the imposition of a temporary suspension or referral to a disciplinary board at this time.

It is so ORDERED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

cc:  Jennifer L. Lunt
     Stan Hunterton, Bar Counsel, State Bar of Nevada
     Kimberly Farmer, Executive Director, State Bar of Nevada